UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ROBERT SULLIVAN,
    Plaintiff

vs.

MORAN TOWING CORPORATION,
    Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Civil Action No.

**07 CA 11989 RWZ**

MAGISTRATE JUDGE Collings

FILED IN CLERKS OFFICE
2007 OCT 22 P 1:19
U.S. DISTRICT COURT
DISTRICT OF MASS.

## PLAINTIFF'S COMPLAINT

### Parties and Jurisdiction

1. The plaintiff, Robert Sullivan, is a resident of Erma, within the State of New Jersey.

2. The defendant, Moran Towing Corporation., hereinafter "Moran Towing" is a foreign corporation duly organized in the State of New York and doing business in the Commonwealth of Massachusetts.

3. On or about April 23, 2007, the plaintiff was employed as a deckhand and member of the crew of the tug CAPE COD.

4. At all times relevant hereto, the defendant "Moran Towing" owned, operated, and controlled the tug CAPE COD.

5. On or about May 20, 2007, the plaintiff was employed as a deckhand and member of the crew of the tug JEAN TURECAMO.

6. At all times relevant hereto, the defendant "Moran Towing" owned, operated, and controlled the tug JEAN TURECAMO.

7. This Court has subject matter jurisdiction over this matter pursuant to The Merchant Marine Act of 1920, commonly called the Jones Act, 46 U.S.C., §688 et seq.

8.  This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1333.

## COUNT I

### Jones Act Negligence

9.  The plaintiff re-alleges all the facts set forth in paragraphs 1 through 8 above.

10. On or about April 23, 2007, while in the performance of his duties in the service of the tug CAPE COD, the plaintiff, sustained an injury to his right leg.

11. On or about May 20, 2007, while in the performance of his duties in the service of the tug JEAN TURECAMO, the plaintiff, reinjured his right leg.

12. The plaintiff's injury was caused by the negligence of the defendant.

13. The plaintiff's injury was caused by the defendant's failure to use and maintain a safe and proper place in which to work.

14. The plaintiff's injuries were caused in whole or in part by the negligence of the defendant, its officers, agents or employees in that they failed to use reasonable care to provide safe and sufficient machinery, appliances, appurtenances and equipment.

15. The plaintiff's injuries were caused by the negligence of the defendant in other respects as may appear at the trial.

16. As a result of the foregoing, plaintiff suffered pain and mental anguish, incurred medical expenses, lost a long time from his usual work, and has sustained and will sustain other damages as will be shown at trial.

WHEREFORE, the Plaintiff, Robert Sullivan, demands judgment against Defendant, "Moran Towing" in a fair, just and reasonable amount as this Honorable Court shall deem just and proper.

## COUNT II

### General Maritime Law - Unseaworthiness

17. The plaintiff re-alleges all the facts set forth in paragraphs 1 through 16 above.

18. The plaintiff's injuries were caused by reason of failure of the defendant to provide and maintain seaworthy vessels and/or proper and suitable appliances and equipment. This cause of action herein set forth is known as unseaworthiness under the General Maritime Law.

19. As a result of the foregoing, plaintiff suffered pain and mental anguish, incurred medical expenses, lost a long time from his usual work and will continue to suffer pain and mental anguish, incur medical expenses and lose time from his usual work, all to his damage.

WHEREFORE, the Plaintiff, Robert Sullivan, demands judgment against Defendant, "Moran Towing" in a fair, just and reasonable amount as this Honorable Court shall deem just and proper.

## COUNT III

### General Maritime Law – Maintenance and Cure

20. The plaintiff re-alleges all the facts set forth in paragraphs 1 through 19 herein and in addition thereto respectfully alleges:

21. The plaintiff was injured while in the performance of his duties aboard the said vessel, and the plaintiff under the General Maritime Law is therefore entitled to maintenance and cure.

22. The plaintiff was injured while in the performance of his duties aboard the said vessel, and the plaintiff under the General Maritime Law is therefore entitled to maintenance and cure for a reasonable period of his disability.

WHEREFORE, the Plaintiff, Robert Sullivan, demands judgment against Defendant, "Moran Towing" in a fair, just and reasonable amount as this Honorable Court shall deem just and proper.

**PLAINTIFF REQUESTS TRIAL BY JURY**

Respectfully submitted,
ROBERT SULLIVAN
By his attorney,

*/s/ Thomas J. Hunt*

Thomas J. Hunt
BBO# 244680
THOMAS J. HUNT &
ASSOCIATES
18 North Water Street
New Bedford, MA  02740
(508) 994-7300
(508) 984-0755 Facsimile