UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
ROBERT SULLIVAN,                            )
                         Plaintiff          )
                                            )
v.                                          )
                                            ) CIVIL ACTION NO. 07-11989-RWZ
                                            )
MORAN TOWING CORPORATION,                   )
                                            )
                         Defendant          )
_____)

## STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with the provisions of Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Robert Sullivan and defendant Moran Towing Corporation hereby stipulate that this matter is dismissed with prejudice and with all rights of appeal waived, and without costs to either party.

| | |
|---|---|
| ROBERT SULLIVAN | MORAN TOWING CORPORATION |
| By his attorneys, | By its attorneys, |
| /s/ *Thomas J. Hunt* | /s/ *James B. Re* |
| Thomas J. Hunt (BBO # 244680) | James B. Re (BBO# 413300) |
| THOMAS J. HUNT & ASSOCIATES | SALLY & FITCH LLP |
| 18 North Water Street | One Beacon Street |
| New Bedford, MA 02740 | Boston, MA  02108 |
| (508) 994-7300 | (617) 542-5542 |

Dated:  January 3, 2008

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 3, 2008.

/s/ *James B. Re*
James B. Re